No. 78–1557.   NACHMAN CORP. *v.* PENSION BENEFIT GUARANTY CORP. ET AL.   C. A. 7th Cir.   [Certiorari granted, 442 U. S. 940.]   Motion of General Motors Corp. for leave to file a brief as *amicus curiae* granted.

No. 78–1577.   SEARS, ROEBUCK & Co. *v.* COUNTY OF LOS ANGELES ET AL.   Ct. App. Cal., 2d App. Dist.   [Certiorari granted, *ante,* p. 823.]   Motion of Charles R. Ajalat et al. for leave to file a brief as *amici curiae* granted, and motion for leave to participate in oral argument as *amici curiae* denied. MR. JUSTICE STEWART took no part in the consideration or decision of these motions.

No. 78–1651.   SEATRAIN SHIPBUILDING CORP. ET AL. *v.* SHELL OIL Co. ET AL.   C. A. D. C. Cir.   [Certiorari granted, 442 U. S. 940.]   Motion of the Solicitor General to permit Andrew J. Levander, Esquire, to present oral argument *pro hac vice* on behalf of federal respondents granted.

No. 78–1756.   UNITED STATES *v.* MITCHELL ET AL.   Ct. Cl. [Certiorari granted, 442 U. S. 940.]   Motion of Chloe Whiskers et al. for leave to file a brief as *amici curiae* denied.

No. 78–1821.   UNITED STATES *v.* MENDENHALL.   C. A. 6th Cir.   [Certiorari granted, *ante,* p. 822.]   Motion of respondent for leave to proceed further herein *in forma pauperis* granted.

No. 79–64.   ZBARAZ ET AL. *v.* QUERN, DIRECTOR, DEPARTMENT OF PUBLIC AID OF ILLINOIS, ET AL.   C. A. 7th Cir. Motion of Legal Defense Fund for Unborn Children for leave to file a brief as *amicus curiae* denied.   Motion of Alan Ernest for appointment as counsel for children unborn and born alive denied.

No. 79–67.   WALTER *v.* UNITED STATES; and
No. 79–148.   SANDERS ET AL. *v.* UNITED STATES.   C. A. 5th Cir.   [Certiorari granted, *ante,* p. 914.]   Motion of petitioners for divided argument granted.